**VICTIM**

CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Jaymes Havier<br><br>DOB: xx/xx/2001; U.S. Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>23-02801MJ |

### Complaint for violation of Title 18, United States Code §§ 1111 and 1153

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about January 15, 2023, in the District of Arizona, within the confines of the Tohono O'odham Nation, Indian Country, JAYMES HAVIER, an Indian, did with malice aforethought, unlawfully kill M.E., in violation of Title 18, United States Code, Sections 1111 and 1153.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On January 16, 2023, at approximately 1:30 p.m., Tohono O'odham Police Department (TOPD) officers were dispatched to a residence in the village of South Komelik, Arizona, on a call from Steven Rivas that M.E. was unresponsive, laying on the living room floor of the residence in a pool of blood. Officers learned that M.E. was a certified and enrolled member of the Tohono O'odham Nation and lived at the residence with Jaymes HAVIER, also a certified and enrolled member of the Tohono O'odham Nation. Upon arrival, TOPD officers found M.E. inside the residence, obviously deceased from blunt force trauma to his face. The injuries to M.E.'s face were the only obvious injuries he had sustained. Next to him was a shattered religious statue with blood on it. Officers conducted a sweep of the residence and located Maylene Harvey, who used a wheelchair, inside her bedroom and escorted her out of the residence. Officers noted several bloody footprints throughout the house. Officers interviewed Rivas, who told them HAVIER and M.E. were at the residence watching a football game on the evening of January 15, 2023. Rivas told officers that at approximately 9:00 p.m. that evening, he noticed someone laying on the floor of the residence, near where M.E. was found the following day. Rivas told officers he did not walk in any room except Harvey's. Officers interviewed Harvey, and she told them she heard M.E. and HAVIER arguing on the evening of January 15, 2023, followed by a loud bang and then silence, all of which scared her. Officers located and interviewed HAVIER on January 17, 2023, after reading him his rights pursuant to *Arizona v. Miranda*. HAVIER waived his rights and told officers he believed M.E. stole money from him, so he struck M.E. with his fist at least once, causing M.E. to fall to the floor. HAVIER then struck M.E. with a religious statue at least twice, and left M.E. on the floor. HAVIER described the statue as "pretty heavy" and said the blows caused the statue to shatter. HAVIER admitted that he searched the home for the money he believed M.E. had stolen and then ran away from the home because he was scared. HAVIER told officers M.E. did not move after he fell to the ground in the residence and that he believed he was drunk when he struck M.E..

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

**DETENTION REQUESTED**

Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.

AUTHORIZED BY: /s/ Matt C. Cull
Digitally signed by MATTHEW CASSELL
Date: 2023.01.18 09:27:29 -07'00'

SIGNATURE OF COMPLAINANT
RYAN MCGEE
Digitally signed by RYAN MCGEE
Date: 2023.01.18 09:37:48 -07'00'

OFFICIAL TITLE
Special Agent Ryan McGee, FBI

Sworn to before me and subscribed telephonically.

SIGNATURE OF MAGISTRATE JUDGE[1]
/s/ Leslie A. Bowman

DATE
January 18, 2023

[1] See Federal rules of Criminal Procedure Rules 3 and 54

cc: USMS, AUSA, PTS